Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brenda Noriega

Plaintiff(s),

v.

Discover Bank, et al.,

Defendant(s).

Case No: 4:21-cv-05365-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jason A. Spak, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Innovis Data Solutions, Inc. in the above-entitled action. My local co-counsel in this case is Daniel D. Harshman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 5262<br>Pittsburgh, PA 15206 | 2110 Artesia Boulevard # 606<br>Redondo Beach, CAn 90278 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 230-8555 | (310) 400-5668 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jason.spak@fisherbroyles.com | daniel.harshman@fisherbroyles.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA89077.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 18, 2021

Jason A. Spak
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason A. Spak is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/19/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                    *October 2012*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

## CERTIFICATE OF GOOD STANDING

I, _____ JOSHUA C. LEWIS _____, Clerk of this Court,

certify that _____ JASON A. SPAK _____, Bar # _____ 89077 _____,

was duly admitted to practice in this Court on _____ 01/14/2003 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ PITTSBURGH, PA _____ on _____ 05/04/2021 _____
            (Location)                                                              (Date)

_____                           _____
CLERK                                              DEPUTY CLERK



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Jason Andrew Spak, Esq.

DATE OF ADMISSION

October 21, 2002

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 13, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk