1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA NORIEGA,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, AND INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | **Case No.:** 4:21-cv-05365-*HSG*<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT INNOVIS DATA SOLUTIONS, INC. ONLY PURSUANT TO FRCP 41(a)(1)(A)(I)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I)**

# ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal of Innovis Data Solutions, Inc., *only* filed by Plaintiff under Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS ORDERED THAT DEFENDANT INNOVIS DATA SOLUTIONS, INC. BE, AND HEREBY IS, DISMISSED from this action WITHOUT PREJUDICE as to all claims and causes of action, with each party bearing that party's own attorney's fees and costs.

Dated: 9/7/2021

*/s/ Haywood S. Gilliam, Jr.*

United States District Judge