UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA NORIEGA,<br><br>        Plaintiff,<br><br>    v.<br><br>DISCOVER BANK, et al.,<br><br>        Defendants. | Case No. 21-cv-05365-HSG<br><br>**ORDER STAYING LITIGATION AS TO DEFENDANT DISCOVER PENDING ARBITRATION**<br><br>Re: Dkt. No. 45 |

During the October 12, 2021 case management conference Plaintiff Brenda Noriega and Defendant Discover Bank indicated that they had reached an agreement that the claims against Discover should be arbitrated. The parties subsequently filed a stipulation indicating they agree that Plaintiff's claims against Discover are subject to an arbitration agreement and that those claims shall be arbitrated. *See* Dkt. No. 45. The Court accordingly **STAYS** the case against Discover pending completion of the arbitration. Plaintiff and Discover shall submit status reports to this Court every 120 days regarding the status and progress of the arbitration. The case schedule remains in effect as to the remaining Defendants. This order terminates Dkt. No. 45.

**IT IS SO ORDERED.**

Dated: 10/15/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge