# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDA NORIEGA,** | **Case No.:** 4:21-cv-05365-HSG |
| Plaintiff, | *Hon. Haywood S. Gilliam, Jr.* |
| v. | **ORDER GRANTING FIRST STIPULATION TO EXTEND THE ADR DEADLINE BY 30 DAYS** |
| **DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,** | ADR DEADLINE: January 18, 2022 |
| | PROPOSED ADR DEADLINE: February 17, 2022 |
| Defendants. | |

///

///

///

///

**ORDER**

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Parties must complete Mediation on or before February 17, 2022.

*Haywood S. Gilliam Jr.*

HON. JUDGE HAYWOOD S. GILLIAM, JR.

United States District Judge

Dated: 11/29/2021