UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA NORIEGA,<br><br>        Plaintiff,<br><br>   v.<br><br>DISCOVER BANK, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC,<br><br>        Defendants. | CASE NO. 4:21-cv-05365-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW ALAN GUDINO AS COUNSEL FOR PLAINTIFF** |

Alan Gudino seeks leave to withdraw as counsel of record for Plaintiff in the above-captioned matter under Local Rule 11-5. The Court finds that Mr. Gudino's withdrawal is appropriate at this stage in the litigation, and that granting this Motion will not cause prejudice or delay to any party.

IT IS HEREBY ORDERED that the Motion for Leave to Withdraw Alan Gudino as Counsel for Plaintiff is GRANTED, and Alan Gudino is hereby terminated as counsel in this proceeding.

Dated: 4/13/2022

By: *Haywood S. Gilliam Jr.*
HON. Haywood S. Gilliam, Jr.
United States District Judge

1